# Exhibit I

*Claim Chart re '635 Patent*

Preliminary Comparison of the Panasonic LUMIX G9 with U.S. Patent No. 6,914,635

| Claim language | Information Relating to the Panasonic LUMIX G9 |
|---|---|
| 1. A digital camera system comprising: | The Panasonic LUMIX G9 is a digital camera system.<br><br>https://shop.panasonic.com/cameras-and-camcorders/cameras/lumix-interchangeable-lens-ilc-cameras/DC-G9KBODY.html |
| a lens assembly mounted for receiving an image and projecting said image on an image plane; | The Panasonic LUMIX G9 includes a lens assembly mounted for receiving an image and projecting said image on an image plane. |

1



Preliminary Comparison of the Panasonic LUMIX G9 with U.S. Patent No. 6,914,635

| | |
|---|---|
| | 
Panasonic LUMIX G9 User Manual at 9.

Panasonic Owner's Manual for advanced features, Digital Camera Model No. DC-G9 at 16.

- 5-Axis Dual I.S2 combines data from a gyro, accelerometer & image sensors for stabilization performance of 6.5 stops lower shutter speeds *2 *3, when combined with LUMIX O.I.S. lenses with 2-Axis I.S.

https://shop.panasonic.com/cameras-and-camcorders/cameras/lumix-interchangeable-lens-ilc-cameras/DC-G9KBODY.html |
| a micro-electromechanical (MEMS) system support mechanism for providing at least two positions of | Upon information and belief, the Panasonic LUMIX G9 includes a micro-electromechanical (MEMS) system support mechanism for providing at least two positions of movement to a supported element. |

2



Preliminary Comparison of the Panasonic LUMIX G9 with U.S. Patent No. 6,914,635

| | |
|---|---|
| movement to a supported element, said MEMS support mechanism being fabricated integrally with said supported element; and | <br>https://shop.panasonic.com/cameras-and-camcorders/cameras/lumix-interchangeable-lens-ilc-cameras/DC-G9KBODY.html<br><br>Panasonic Owner's Manual for advanced features, Digital Camera Model No. DC-G9 at 145. |
| a semi-conductor image sensor mounted at said image plane for movement on said MEMS system support mechanism and being operatively associated with said lens assembly to generate a digital image. | Upon information and belief, the Panasonic LUMIX G9 includes a semi-conductor image sensor. Upon information and belief, said semi-conductor image sensor is mounted at said image plane for movement on said MEMS system support mechanism and being operatively associated with said lens assembly to generate a digital image. |

3



Preliminary Comparison of the Panasonic LUMIX G9 with U.S. Patent No. 6,914,635

| | | |
|---|---|---|
| | **IMAGE SENSOR** Type | Live MOS Sensor |
| | Total pixels | 21.77 Megapixels |
| | Camera effective pixels | 20.33 Megapixels |
| | Color filter | Primary color filter |
| | Dust reduction system | Supersonic wave filter |
| | https://shop.panasonic.com/cameras-and-camcorders/cameras/lumix-interchangeable-lens-ilc-cameras/DC-G9KBODY.html | |

4

