# Exhibit J

*Claim Chart re '706 Patent*

Preliminary Comparison of the Panasonic DC-G9 with U.S. Patent No. 6,545,706

| Claim language | Information Relating to the Panasonic DC-G9 |
| --- | --- |
| 19. A computer program embodied on a computer readable medium for tracking a head portion of a person image in video images, comprising: | The Panasonic DC-G9 includes a computer program embodied on a computer readable medium for tracking a head portion of a person image in video images, as evidenced, for example and without limitation, by the fact that the Panasonic DC-G9 is a digital camera containing a processor and persistent memory providing the ability to store MP4 files.<br><br>**Recording Motion Picture**<br><br>Applicable modes: [iA] [iA+] [P] [A] [S] [M] [▶M] [⌀]<br><br>This camera can record full high definition motion pictures compatible with the AVCHD format or motion pictures recorded in MP4. In addition, the camera can record 4K motion pictures in MP4.<br>Audio will be recorded in stereo.<br><br>Panasonic DC-G9 User Manual at 164.<br><br>**[Face Recog.]**<br><br>Face Recognition is a function which finds a face resembling a registered face and priorities focus and exposure automatically. Even if the person is located towards the back or on the end of a line in a group photo, the camera can still take a clear picture.<br><br>Panasonic DC-G9 User Manual at 217. |
| a code segment for receiving video images; | The Panasonic DC-G9 includes a code segment for receiving video images, including, for example, the ability to receive video images. |

1



Preliminary Comparison of the Panasonic DC-G9 with U.S. Patent No. 6,545,706

|  |  |
|---|---|
|  | **Recording Motion Picture**<br><br>Applicable modes: iA, iA+, P, A, S, M, ♺M, ⌀<br><br>This camera can record full high definition motion pictures compatible with the AVCHD format or motion pictures recorded in MP4. In addition, the camera can record 4K motion pictures in MP4.<br>Audio will be recorded in stereo.<br><br>Panasonic DC-G9 User Manual at 164. |
| a code segment for executing a first head tracking operation for generating a first confidence value representative of a confidence that a head portion of a person image in the video images is located, | The Panasonic DC-G9 includes a code segment for executing a first head tracking operation for generating a first confidence value representative of a confidence that a head portion of a person image in the video images is located.<br><br>For example, the Panasonic DC-G9 provides face detection. |

2



Preliminary Comparison of the Panasonic DC-G9 with U.S. Patent No. 6,545,706

| | |
|---|---|
| | **[Face Recog.]**<br><br>Face Recognition is a function which finds a face resembling a registered face and priorities focus and exposure automatically. Even if the person is located towards the back or on the end of a line in a group photo, the camera can still take a clear picture.<br><br>\| **[ON]** \| Enables the Face Recognition function. \|<br>\| **[OFF]** \| Disables the Face Recognition function. \|<br>\| \| Allows you to register face images, or edit or delete registered information.<br><br>**Face Settings**<br>You can register information such as names and birthdays for face images of up to 6 people.<br>❶ Press ▲/▼/◀/▶ to select the Face Recognition frame that is not registered, and then press [MENU/SET].<br>❷ Take the picture adjusting the face with the guide.<br>• The faces of subjects other than people (pets, etc.) cannot be registered.<br>• To display the description of the face registration, press ▶ or touch [ ❶ ].<br>❸ Set the item.<br>• You can register up to 3 face images. \|<br><br>Panasonic DC-G9 User Manual at 217.<br><br>On information and belief, the Panasonic DC-G9's face-detection technology uses multiple attributes in detecting faces (e.g., color contrast and shape recognition), each of which involves the generation of a confidence value representative of a confidence that the head portion of the person has been located.<br><br>This is evidenced by the fact that the Panasonic DC-G9 user manual instructs that registering face images should be done in the following manner: |

3



Preliminary Comparison of the Panasonic DC-G9 with U.S. Patent No. 6,545,706

| | |
|---|---|
| | **Point of recording when registering the face images**<br>• Face front with eyes open and mouth closed, making sure the outline of the face, the eyes, or the eyebrows are not covered with hair when registering.<br>• Make sure there is no extreme shading on the face when registering.<br>(Flash will not flash during registration.)   (Good example for registering)<br><br>Panasonic DC-G9 User Manual at 218. |
| the first head tracking operation comprising identifying a point of separation between a torso portion of the person image and the head portion of the person image; | The Panasonic DC-G9's face detection comprises identifying a point of separation between a torso portion of the person image and the head portion of the person image, as evidenced by the focus frame around the face, which shows that the operation has identified the separation between a person's head and torso. |



Preliminary Comparison of the Panasonic DC-G9 with U.S. Patent No. 6,545,706

| | |
|---|---|
| | **[Face Recog.]**<br>Face Recognition is a function which finds a face resembling a registered face and priorities focus and exposure automatically. Even if the person is located towards the back or on the end of a line in a group photo, the camera can still take a clear picture.<br><br>**[ON]** Enables the Face Recognition function.<br>**[OFF]** Disables the Face Recognition function.<br><br>Allows you to register face images, or edit or delete registered information.<br>**Face Settings**<br>You can register information such as names and birthdays for face images of up to 6 people.<br>❶ Press ▲/▼/◀/▶ to select the Face Recognition frame that is not registered, and then press [MENU/SET].<br>❷ Take the picture adjusting the face with the guide.<br>• The faces of subjects other than people (pets, etc.) cannot be registered.<br>• To display the description of the face registration, press ▶ or touch [ ⓘ ].<br>❸ Set the item.<br>• You can register up to 3 face images.<br><br>Panasonic DC-G9 User Manual at 217. |
| a code segment for executing a second head tracking operation for generating a second confidence value representative of a confidence that the head portion of the person image in the video images is located; and | The Panasonic DC-G9 includes a code segment for executing a second head tracking operation for generating a second confidence value representative of a confidence that the head portion of the person image in the video images is located.<br><br>For example, on information and belief, the Panasonic DC-G9's face-detection technology uses multiple attributes in detecting faces (e.g., color contrast and shape recognition), each of which involves the generation of a confidence value representative of a confidence that the head portion of the person has been located. |

5



Preliminary Comparison of the Panasonic DC-G9 with U.S. Patent No. 6,545,706

| | |
|---|---|
| | This is evidenced by the fact that the Panasonic DC-G9 user manual instructs that registering face images should be done in the following manner:<br><br>**Point of recording when registering the face images**<br>• Face front with eyes open and mouth closed, making sure the outline of the face, the eyes, or the eyebrows are not covered with hair when registering.<br>• Make sure there is no extreme shading on the face when registering.<br>(Flash will not flash during registration.)<br><br>(Good example for registering)<br><br><br>Panasonic DC-G9 User Manual at 218. |
| a code segment for outputting the first confidence value and the second confidence value, wherein the depiction of the head portion of the person image in the video images is based on the first confidence value and the second confidence value. | On information and belief, the Panasonic DC-G9 includes a code segment for outputting the first confidence value and the second confidence value, wherein the depiction of the head portion of the person image in the video images is based on the first confidence value and the second confidence value. |



Preliminary Comparison of the Panasonic DC-G9 with U.S. Patent No. 6,545,706

| | |
|---|---|
| | **[Face Recog.]**<br><br>Face Recognition is a function which finds a face resembling a registered face and priorities focus and exposure automatically. Even if the person is located towards the back or on the end of a line in a group photo, the camera can still take a clear picture.<br><br>\| **[ON]** \| Enables the Face Recognition function. \|<br>\| **[OFF]** \| Disables the Face Recognition function. \|<br>\| \| Allows you to register face images, or edit or delete registered information.<br><br>**Face Settings**<br>You can register information such as names and birthdays for face images of up to 6 people.<br>❶ Press ▲/▼/◄/► to select the Face Recognition frame that is not registered, and then press [MENU/SET].<br>❷ Take the picture adjusting the face with the guide.<br> • The faces of subjects other than people (pets, etc.) cannot be registered.<br> • To display the description of the face registration, press ► or touch [ ⓘ ].<br>❸ Set the item.<br> • You can register up to 3 face images. \|<br><br>Panasonic DC-G9 User Manual at 217.<br><br>This is evidenced by the fact that the Panasonic DC-G9 user manual instructs that registering face images should be done in the following manner: |



Preliminary Comparison of the Panasonic DC-G9 with U.S. Patent No. 6,545,706

| | |
|---|---|
| | **Point of recording when registering the face images**<br><br>• Face front with eyes open and mouth closed, making sure the outline of the face, the eyes, or the eyebrows are not covered with hair when registering.<br>• Make sure there is no extreme shading on the face when registering.<br>(Flash will not flash during registration.)   (Good example for registering) <br><br>Panasonic DC-G9 User Manual at 218. |

8

