# Exhibit K

*Claim Chart re ’476 Patent*

Preliminary Comparison of the Panasonic DC-G9 with U.S. Patent No. 7,715,476

| Claim language | Information Relating to the Panasonic DC-G9 |
| --- | --- |
| 1. A method performed by a computer for processing images to identify a head portion of a subject in the images comprising: | The Panasonic DC-G9 involves a method performed by a computer for processing images to identify a head portion of a subject in the images.<br><br>**Recording Motion Picture**<br><br>**Applicable modes:** iA iA+ P A S M M C<br><br>This camera can record full high definition motion pictures compatible with the AVCHD format or motion pictures recorded in MP4. In addition, the camera can record 4K motion pictures in MP4.<br>Audio will be recorded in stereo.<br><br>Panasonic DC-G9 User Manual at 164.<br><br>**[Face Recog.]**<br><br>Face Recognition is a function which finds a face resembling a registered face and priorities focus and exposure automatically. Even if the person is located towards the back or on the end of a line in a group photo, the camera can still take a clear picture.<br><br>Panasonic DC-G9 User Manual at 217. |
| obtaining images of a subject; | The Panasonic DC-G9 obtains images of a subject. |



Preliminary Comparison of the Panasonic DC-G9 with U.S. Patent No. 7,715,476

| | |
|---|---|
| | **Recording Motion Picture**<br><br>**Applicable modes:** iA iA+ P A S M 🎥M C<br><br>This camera can record full high definition motion pictures compatible with the AVCHD format or motion pictures recorded in MP4. In addition, the camera can record 4K motion pictures in MP4.<br>Audio will be recorded in stereo.<br><br>Panasonic DC-G9 User Manual at 164. |
| generating, by the computer, a first confidence value representing a confidence that a first process has identified a location of a head portion of the subject in the images; | The Panasonic DC-G9 provides face-detection technology. |



**[Face Recog.]**

Face Recognition is a function which finds a face resembling a registered face and priorities focus and exposure automatically. Even if the person is located towards the back or on the end of a line in a group photo, the camera can still take a clear picture.

| | |
|---|---|
| **[ON]** | Enables the Face Recognition function. |
| **[OFF]** | Disables the Face Recognition function. |
| | Allows you to register face images, or edit or delete registered information.<br>**Face Settings**<br>You can register information such as names and birthdays for face images of up to 6 people.<br>❶ Press ▲/▼/◀/▶ to select the Face Recognition frame that is not registered, and then press [MENU/SET].<br>❷ Take the picture adjusting the face with the guide.<br>• The faces of subjects other than people (pets, etc.) cannot be registered.<br>• To display the description of the face registration, press ▶ or touch [ ].<br>❸ Set the item.<br>• You can register up to 3 face images. |

Panasonic DC-G9 User Manual at 217.

On information and belief, the Panasonic DC-G9 face-detection technology generates, by the computer, a first confidence value representing a confidence that a first process has identified a location of a head portion of the subject in the images.

For example, on information and belief, the Panasonic DC-G9's face-detection technology uses multiple attributes in detecting faces (e.g., color contrast and shape recognition), each of which



Preliminary Comparison of the Panasonic DC-G9 with U.S. Patent No. 7,715,476

<table>
<tr><td></td><td>involves the generation of a confidence value representative of a confidence that the head portion of the person has been located.<br><br>This is evidenced by the fact that the Panasonic DC-G9 user manual instructs that registering face images should be done in the following manner:<br><br>Point of recording when registering the face images<br>• Face front with eyes open and mouth closed, making sure the outline of the face, the eyes, or the eyebrows are not covered with hair when registering.<br>• Make sure there is no extreme shading on the face when registering.<br>(Flash will not flash during registration.)<br>(Good example for registering)<br><br><br>Panasonic DC-G9 User Manual at 218.</td></tr>
<tr><td>generating, by the computer, a second confidence value representing a confidence that a second, different process has identified the location of the head portion of the subject in the images; and</td><td>On information and belief, the Panasonic DC-G9 face-detection technology generates, by the computer, a second confidence value representing a confidence that a second, different process has identified the location of the head portion of the subject in the images.<br><br>This is evidenced by the fact that the Panasonic DC-G9 user manual instructs that registering face images should be done in the following manner:</td></tr>
</table>



| | |
|---|---|
| | **Point of recording when registering the face images**<br>• Face front with eyes open and mouth closed, making sure the outline of the face, the eyes, or the eyebrows are not covered with hair when registering.<br>• Make sure there is no extreme shading on the face when registering.<br>(Flash will not flash during registration.)<br>(Good example for registering)<br><br>Panasonic DC-G9 User Manual at 218. |
| identifying, by the computer, the location of the head portion of the subject in the images based at least in part on the first confidence value and the second confidence value. | On information and belief, the Panasonic DC-G9 identifies, by the computer, the location of the head portion of the subject in the images based at least in part on the first confidence value and the second confidence value. |



 **[Face Recog.]**

Face Recognition is a function which finds a face resembling a registered face and priorities focus and exposure automatically. Even if the person is located towards the back or on the end of a line in a group photo, the camera can still take a clear picture.

| | |
|---|---|
| **[ON]** | Enables the Face Recognition function. |
| **[OFF]** | Disables the Face Recognition function. |
| | Allows you to register face images, or edit or delete registered information.<br>**Face Settings**<br>You can register information such as names and birthdays for face images of up to 6 people.<br>❶ Press ▲/▼/◀/▶ to select the Face Recognition frame that is not registered, and then press [MENU/SET].<br>❷ Take the picture adjusting the face with the guide.<br>• The faces of subjects other than people (pets, etc.) cannot be registered.<br>• To display the description of the face registration, press ▶ or touch [ ℹ ].<br>❸ Set the item.<br>• You can register up to 3 face images. |

Panasonic DC-G9 User Manual at 217.

This is evidenced by the fact that the Panasonic DC-G9 user manual instructs that registering face images should be done in the following manner:



| | |
|---|---|
| | **Point of recording when registering the face images**<br>• Face front with eyes open and mouth closed, making sure the outline of the face, the eyes, or the eyebrows are not covered with hair when registering.<br>• Make sure there is no extreme shading on the face when registering.<br>(Flash will not flash during registration.)<br>(Good example for registering)<br><br>Panasonic DC-G9 User Manual at 218. |
| 13. A method as recited in claim 1, wherein the first process includes identifying a point of separation between the head portion and a torso portion. | The Panasonic DC-G9's face detection comprises identifying a point of separation between the head portion and a torso portion, as evidenced by the focus frame around the face, which shows that the operation has identified the separation between a person's head and torso. |



| | |
|---|---|
| | **[Face Recog.]**<br>Face Recognition is a function which finds a face resembling a registered face and priorities focus and exposure automatically. Even if the person is located towards the back or on the end of a line in a group photo, the camera can still take a clear picture.<br><br>**[ON]** — Enables the Face Recognition function.<br>**[OFF]** — Disables the Face Recognition function.<br>Allows you to register face images, or edit or delete registered information.<br>**Face Settings**<br>You can register information such as names and birthdays for face images of up to 6 people.<br>❶ Press ▲/▼/◀/▶ to select the Face Recognition frame that is not registered, and then press [MENU/SET].<br>❷ Take the picture adjusting the face with the guide.<br>• The faces of subjects other than people (pets, etc.) cannot be registered.<br>• To display the description of the face registration, press ▶ or touch [ ℹ ].<br>❸ Set the item.<br>• You can register up to 3 face images.<br>KEN New<br><br>Panasonic DC-G9 User Manual at 217. |

