# Exhibit L

*Claim Chart re '532 Patent*

*Preliminary Claim Chart Showing Infringement of Claim 6 of the U.S. Patent No. 6,473,532 by Panasonic*

# US Patent 6,473,532 Versus Panasonic Video Recording



1

*Preliminary Claim Chart Showing Infringement of Claim 6 of the U.S. Patent No. 6,473,532 by Panasonic*

6. A method of visual lossless encoding of frames of a video signal, the method comprising steps of:

    spatially and temporally separating and analyzing details of said frames;

    estimating parameters of said details;

    defining a visual perception threshold for each of said details in accordance with said estimated detail parameters;

    classifying said frame picture details into subclasses in accordance with said visual perception thresholds and said detail parameters; and

    transforming each said frame detail in accordance with its associate subclass.

2

*Preliminary Claim Chart Showing Infringement of Claim 6 of the U.S. Patent No. 6,473,532 by Panasonic*

| Claim 6 | |
|---|---|
| A method of visual lossless encoding of frames of a video signal, the method comprising steps of: |  |

3

*Preliminary Claim Chart Showing Infringement of Claim 6 of the U.S. Patent No. 6,473,532 by Panasonic*

| Claim 6 | |
|---|---|
| A method of <br><br> **visual lossless** <br><br> **encoding of** <br><br> **frames of a** <br><br> **video signal**, <br><br> the method comprising steps of: |  |

4

*Preliminary Claim Chart Showing Infringement of Claim 6 of the U.S. Patent No. 6,473,532 by Panasonic*

| Claim 6 | |
|---|---|
| A method of visual lossless encoding of frames of a video signal, the method comprising steps of: |  https://slhck.info/video/2017/02/24/crf-guide.html<br><br>*{Note: H.264 video is encoded with "Constant Rate Factor" (CRF) of ~15, from bit rate of of 20.3 Mpbs and 1080p, using data from example video "ElFuente" in slide above}* |

*Preliminary Claim Chart Showing Infringement of Claim 6 of the U.S. Patent No. 6,473,532 by Panasonic*

| Claim 6 | |
|---|---|
| A method of visual lossless encoding of frames of a video signal, the method comprising steps of: | https://trac.ffmpeg.org/wiki/Encode/H.264    {Note: Video from Lumix GH3 camera is encoded with "Constant Rate Factor" (CRF) <u>of 15 or better</u>.  **A CFR of 15 or better is "visually lossless"** }  |

*Preliminary Claim Chart Showing Infringement of Claim 6 of the U.S. Patent No. 6,473,532 by Panasonic*

| Claim 6 | |
|---|---|
| A method of visual lossless encoding of frames of a video signal, the method comprising steps of: | H.264/MPEG-4 AVC is the latest international video coding standard. It was jointly developed by the Video Coding Experts Group (VCEG) of the ITU-T and the Moving Picture Experts Group (MPEG) of ISO/IEC.<br><br>In the process of designing the FRExt amendment, the JVT was able to go back and re-examine several prior technical proposals that had not been included in the initial standard due to scheduling constraints. Specifically, these included:<br>-> Supporting an adaptive block-size for the residual spatial frequency transform,<br>-> Supporting encoder-specified perceptual-based quantization scaling matrices, and     ITU-T H.264 (06/2019)<br>-> Supporting efficient lossless representation of specific regions in video content.<br><br>The coded representation specified in the syntax is designed to enable a high compression capability for a desired image quality. With the exception of the transform bypass mode of operation for lossless coding in the High 4:4:4 Intra, CAVLC 4:4:4 Intra, and High 4:4:4 Predictive profiles.<br><br>[Block diagram: Input Video → Transform/Scaling/Quant. → Entropy Coder → Compressed Video bits; with Scaling/Inv.Quant./Inv. Transform, Intra (Spatial) Prediction, Deblocking, Motion Comp., Motion Estimation, Decoded Video, Motion Vector Info]<br><br>http://www.fastvdo.com/spie04/spie04-h264OverviewPaper.pdf |

*Preliminary Claim Chart Showing Infringement of Claim 6 of the U.S. Patent No. 6,473,532 by Panasonic*

| Claim 6 | |
|---|---|
| | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items   pg. 3 |
| spatially and temporally separating and analyzing details of said frames; | **0.6   Overview of the design characteristics**<br><br>This subclause does not form an integral part of this Recommendation \| International Standard.<br><br>The coded representation specified in the syntax is designed to enable a high compression capability for a desired image quality. With the exception of the transform bypass mode of operation for lossless coding in the High 4:4:4 Intra, CAVLC 4:4:4 Intra, and High 4:4:4 Predictive profiles, and the I_PCM mode of operation in all profiles, the algorithm is typically not lossless, as the exact source sample values are typically not preserved through the encoding and decoding processes. A number of techniques may be used to achieve highly efficient compression. Encoding algorithms (not specified in this Recommendation \| International Standard) may select between inter and intra coding for block-shaped regions of each picture. Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures. Intra coding uses various spatial prediction modes to exploit spatial statistical dependencies in the source signal for a single picture. Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture. The prediction residual is then further compressed using a transform to remove spatial correlation inside the transform block before it is quantised, producing an irreversible process that typically discards less important visual information while forming a close approximation to the source samples. Finally, the motion vectors or intra prediction modes are combined with the quantised transform coefficient information and encoded using either variable length codes or arithmetic coding. |

8

| Claim 6 | |
|---|---|
| estimating parameters of said details; | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items   pg. 11<br><br>3.133   **sequence parameter set**: A *syntax structure* containing *syntax elements* that apply to zero or more entire *coded video sequences* as determined by the content of a seq_parameter_set_id *syntax element* found in the *picture parameter set* referred to by the pic_parameter_set_id *syntax element* found in each *slice header*.<br><br>7.3.2.1.1 **Sequence parameter set data syntax**<br><br>{Note: "High Profile", and others} →<br><br>Pg. 40<br><br>| seq_parameter_set_data( ) { | C | Descriptor |<br>\|---\|---\|---\|<br>\| profile_idc \| 0 \| u(8) \|<br>\| constraint_set0_flag \| 0 \| u(1) \|<br>\| constraint_set1_flag \| 0 \| u(1) \|<br>\| constraint_set2_flag \| 0 \| u(1) \|<br>\| constraint_set3_flag \| 0 \| u(1) \|<br>\| reserved_zero_4bits /* equal to 0 */ \| 0 \| u(4) \|<br>\| level_idc \| 0 \| u(8) \|<br>\| seq_parameter_set_id \| 0 \| ue(v) \|<br>\| if( profile_idc == 100 \|\| profile_idc == 110 \|\|<br>      profile_idc == 122 \|\| profile_idc == 244 \|\| profile_idc == 44 \|\|<br>      profile_idc == 83 \|\| profile_idc == 86 ) { \|  \|  \|<br>\| chroma_format_idc \| 0 \| ue(v) \|<br>\| if( chroma_format_idc == 3 ) \|  \|  \|<br>\| separate_colour_plane_flag \| 0 \| u(1) \|<br>\| bit_depth_luma_minus8 \| 0 \| ue(v) \|<br>\| bit_depth_chroma_minus8 \| 0 \| ue(v) \| |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,473,532 by Panasonic*

| Claim 1 | |
|---|---|
| estimating parameters of said details; | Panasonic Cameras record with H.264 and "High Profile": https://www.panasonic.com/middleeast/en/consumer/cameras-camcorders/camcorders/hc-x2000.specs.html <br><br> **RECORDING SECTION** <br> Recording Media: SDHC/SDXC Memory Card <br> Recording Format: MOV, MP4, AVCHD <br> Video Compression Method: MOV/MP4: H.264/MPEG-4 AVC High Profile, H.265/MPEG-H HEVC Main10 Profile; AVCHD: H.264/MPEG-4 AVC High Profile <br> Audio Compression Method: MOV: LPCM (24bit 2ch); MP4: AAC (16bit 2ch); AVCHD: Dolby Audio (16bit 2ch) |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,473,532 by Panasonic*

| Claim 1 | |
|---|---|
| estimating parameters of said details; | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items   pg. 286<br><br>The "High Profile" includes the use of bit_depth_luma and bit_depth_chroma:<br><br>**A.2.4   High profile**<br><br>Bitstreams conforming to the High profile shall obey the following constraints:<br>– Only I, P, and B slice types may be present.<br>– NAL unit streams shall not contain nal_unit_type values in the range of 2 to 4, inclusive.<br>– Arbitrary slice order is not allowed.<br>– Picture parameter sets shall have num_slice_groups_minus1 equal to 0 only.<br>– Picture parameter sets shall have redundant_pic_cnt_present_flag equal to 0 only.<br>– Sequence parameter sets shall have chroma_format_idc in the range of 0 to 1 inclusive.<br>– Sequence parameter sets shall have bit_depth_luma_minus8 equal to 0 only.<br>– Sequence parameter sets shall have bit_depth_chroma_minus8 equal to 0 only. |

11

*Preliminary Claim Chart Showing Infringement of Claim 6 of the U.S. Patent No. 6,473,532 by Panasonic*

| Claim 6 | |
|---|---|
| defining a visual perception threshold for each of said details in accordance with said estimated detail parameters; | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items <br><br> **8.7.2.2 Derivation process for the thresholds for each block edge** <br><br> Inputs to this process are: <br> – the input sample values $p_0$, $q_0$, $p_1$ and $q_1$ of a single set of samples across an edge that is to be filtered, <br> – the variables chromaEdgeFlag and bS, for the set of input samples, as specified in clause 8.7.2, <br> – the variables filterOffsetA, filterOffsetB, $qP_p$, and $qP_q$. <br><br> Outputs of this process are the variable filterSamplesFlag, which indicates whether the input samples are filtered, the value of indexA, and the values of the threshold variables α and β. <br><br> The variables α′ and β′ depending on the values of indexA and indexB are specified in Table 8-16. Depending on chromaEdgeFlag, the corresponding threshold variables α and β are derived as follows: <br><br> – If chromaEdgeFlag is equal to 0, <br><br> $\alpha = \alpha' * (1 << (BitDepth_Y - 8))$     (8-456) <br> $\beta = \beta' * (1 << (BitDepth_Y - 8))$     (8-457) <br><br> – Otherwise (chromaEdgeFlag is equal to 1), <br><br> $\alpha = \alpha' * (1 << (BitDepth_C - 8))$     (8-458) <br> $\beta = \beta' * (1 << (BitDepth_C - 8))$     (8-459) <br><br> {Note: The threshold values of alpha and beta are based on bit_depth parameters for both chromacity (symbolized by c) and luminance (symbolized by y)).} <br><br> The variable filterSamplesFlag is derived by <br><br> filterSamplesFlag = ( bS != 0 && Abs( $p_0 - q_0$ ) < α && Abs( $p_1 - p_0$ ) < β && Abs( $q_1 - q_0$ ) < β )     (8-470) <br><br> Pg. 201 - 202 |

*Preliminary Claim Chart Showing Infringement of Claim 6 of the U.S. Patent No. 6,473,532 by Panasonic*

| Claim 6 | | |
|---|---|---|
| defining a visual perception threshold for each of said details in accordance with said estimated detail parameters; | – If chromaEdgeFlag is equal to 0, $$\alpha = \alpha' * (1 << (BitDepth_Y - 8))$$ $$\beta = \beta' * (1 << (BitDepth_Y - 8))$$ – Otherwise (chromaEdgeFlag is equal to 1), $$\alpha = \alpha' * (1 << (BitDepth_C - 8))$$ $$\beta = \beta' * (1 << (BitDepth_C - 8))$$ Pg. 202<br><br>**bit_depth_luma_minus8** specifies the bit depth of the samples of the luma array and the value of the luma quantisation parameter range offset $QpBdOffset_Y$, as specified by<br><br>$$BitDepth_Y = 8 + bit\_depth\_luma\_minus8 \quad (7-2)$$<br>$$QpBdOffset_Y = 6 * bit\_depth\_luma\_minus8 \quad (7-3)$$<br><br>When bit_depth_luma_minus8 is not present, it shall be inferred to be equal to 0. bit_depth_luma_minus8 shall be in the range of 0 to 6, inclusive.<br><br>**bit_depth_chroma_minus8** specifies the bit depth of the samples of the chroma arrays and the value of the chroma quantisation parameter range offset $QpBdOffset_C$, as specified by<br><br>$$BitDepth_C = 8 + bit\_depth\_chroma\_minus8 \quad (7-4)$$<br>$$QpBdOffset_C = 6 * (bit\_depth\_chroma\_minus8 + residual\_colour\_transform\_flag) \quad (7-5)$$<br><br>When bit_depth_chroma_minus8 is not present, it shall be inferred to be equal to 0. bit_depth_chroma_minus8 shall be in the range of 0 to 6, inclusive. | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items<br><br>Pg. 67-68 |

*Preliminary Claim Chart Showing Infringement of Claim 6 of the U.S. Patent No. 6,473,532 by Panasonic*

| Claim 6 | |
|---|---|
| classifying said frame picture details into subclasses in accordance with said visual perception thresholds and said detail parameters; and | **G.8.7.4.2 SVC filtering process for a set of samples across a horizontal or vertical block edge** ...     Pg. 498-499<br><br>Depending on the variable filterSamplesFlag, the following applies:<br><br>– If filterSamplesFlag is equal to 1, the following applies:   *{Note: First subclass}*<br>   – If bS is less than 4, the process specified in clause 8.7.2.3 is invoked with $p_i$ and $q_i$ ($i = 0..2$), chromaEdgeFlag, bS, β, and indexA given as input, and the output is assigned to $p'_i$ and $q'_i$ ($i = 0..2$).<br>   – Otherwise (bS is equal to 4), the process specified in clause 8.7.2.4 is invoked with $p_i$ and $q_i$ ($i = 0..3$), chromaEdgeFlag, α, and β given as input, and the output is assigned to $p'_i$ and $q'_i$ ($i = 0..2$).<br>– Otherwise (filterSamplesFlag is equal to 0), the filtered result samples $p'_i$ and $q'_i$ ($i = 0..2$) are replaced by the corresponding input samples $p_i$ and $q_i$:   *{Note: Second subclass}*<br><br>for $i = 0..2$,    $p'_i = p_i$      (G-357)<br>for $i = 0..2$,    $q'_i = q_i$      (G-358)<br><br>The variable filterSamplesFlag is derived by:<br>filterSamplesFlag = ( bS != 0  &&  Abs( $p_0 - q_0$ ) < α  &&  Abs( $p_1 - p_0$ ) < β  &&  Abs( $q_1 - q_0$ ) < β )     (8-460)<br><br>– If chromaEdgeFlag is equal to 0,     Pg. 202<br>    α = α' * (1 << ( BitDepth$_Y$ − 8 ))<br>    β = β' * (1 << ( BitDepth$_Y$ − 8 ))<br>– Otherwise (chromaEdgeFlag is equal to 1),<br>    α = α' * (1 << ( BitDepth$_C$ − 8 ))<br>    β = β' * (1 << ( BitDepth$_C$ − 8 ))<br><br>https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items |

14

*Preliminary Claim Chart Showing Infringement of Claim 6 of the U.S. Patent No. 6,473,532 by Panasonic*

| Claim 6 | |
|---|---|
| transforming each said frame detail in accordance with its associate subclass. | **8.3.2.2 Intra_8x8 sample prediction**                                           Pg. 129<br><br>This process is invoked for each 8x8 luma block of a macroblock with prediction mode equal to Intra_8x8 followed by the transform decoding process and picture construction process prior to deblocking for each 8x8 luma block.<br><br>…<br><br>**8.3.2.2.2 Specification of Intra_8x8_Vertical prediction mode**            Pg. 133<br><br>This Intra_8x8 prediction mode is invoked when Intra8x8PredMode[ luma8x8BlkIdx ] is equal to 0.<br><br>This mode shall be used only when the samples p[ x, -1 ] with x = 0..7 are marked as "available for Intra_8x8 prediction".<br><br>The values of the prediction samples pred8x8$_L$[ x, y ], with x, y = 0..7 are derived by<br><br>$$\text{pred8x8}_L[\,x, y\,] = p'[\,x, -1\,], \text{ with } x, y = 0..7 \qquad (8\text{-}91)$$<br><br>**8.3.2.2.3 Specification of Intra_8x8_Horizontal prediction mode**<br><br>This Intra_8x8 prediction mode is invoked when Intra8x8PredMode[ luma8x8BlkIdx ] is equal to 1.<br><br>This mode shall be used only when the samples p[ -1, y ] with y = 0..7 are marked as "available for Intra_8x8 prediction".<br><br>The values of the prediction samples pred8x8$_L$[ x, y ], with x, y = 0..7 are derived by<br><br>$$\text{pred8x8}_L[\,x, y\,] = p'[\,-1, y\,], \text{ with } x, y = 0..7 \qquad (8\text{-}92)$$<br><br>• • •   *{Note: subclasses for p' and q' output in slide 11 are used in many additional transformations of frame details }* |

15