# Exhibit M

*Claim Chart re '086 Patent*

# US Patent 6,567,086 Versus Panasonic 360⁰ Camera System





*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,567,086 by Panasonic*

1. An immersive video system for displaying a view window of an environment, the immersive video system comprising:

a video source configured to produce a plurality of video streams;

a video decoder coupled to the video source and configured to decode an active video stream; and

an immersive video decoder coupled to the video decoder and configured to select the active video stream from the plurality of video streams;

wherein each of the plurality of video streams includes environment data for recreating a viewable range of the environment, the environment data for each video stream including first data that overlaps at least one other video stream and second data that does not overlap the at least one other video stream.

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,567,086 by Panasonic*

| Claim 1 | |
|---|---|
| An immersive video system for displaying a view window of an environment, the immersive video system comprising: | https://www.ipcamstore.net/PANASONIC/IPC/WV-SMR10/WV-SMR10.pdf <br><br> **Panasonic** — Network Microphone WV-SMR10 <br> Network Microphone with 360-degree Network Camera WV-SMR10N3 <br> i-PRO SmartHD · Vandal Resistant (WV-SMR10) <br><br> Pick up clear sound of specified area in noisy or acoustically live environments <br><br> **System Example** <br> Network microphone with 360-degree network camera <br> Management software WV-ASM200 — Real-time monitoring of audio and video. Playback of recorded audio and video (Network Disk Recorder required) <br> Can be monitored the sound on specified area. <br> Network disk recorder WJ-NV300 — Real-time monitoring of audio and video. Playback of recorded audio and video <br> Pick up clear sound of specified area in noisy or acoustically live environments. 10 m × 10 m <br><br> https://en.wikipedia.org/wiki/360-degree_video <br><br> **360-degree video** <br> From Wikipedia, the free encyclopedia <br><br> **360-degree videos**, also known as **immersive videos**[1] or **spherical videos**,[2] are video recordings where a view in every direction is recorded at the same time, shot using an omnidirectional camera or a collection of cameras. During playback on normal flat display the viewer has control of the viewing direction like a panorama. It can also be played on a displays or projectors arranged in a sphere or some part of a sphere. |

3

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,567,086 by Panasonic*

| Claim 1 | |
|---|---|
| An immersive video system **for displaying a view window of an environment**, the immersive video system comprising: | https://www.security.us.panasonic.com/feature/ultra-360-cameras "Multi-Stream Output"   |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,567,086 by Panasonic*

| Claim 1 | |
|---|---|
| a video source configured to produce a plurality of video streams; |  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,567,086 by Panasonic*

| Claim 1 | |
|---|---|
| a video decoder coupled to the video source and configured to decode an active video stream; and | https://www.ipcamstore.net/PANASONIC/IPC/WV-SMR10/WV-SMR10.pdf <br><br> **System Example** <br><br> Network microphone with 360-degree network camera <br> Management software WV-ASM200 — Real-time monitoring of audio and video — Playback of recorded audio and video (Network Disk Recorder required) <br> Can be monitored the sound on specified area. <br> Network disk recorder WJ-NV300 — Real-time monitoring of audio and video — Playback of recorded audio and video <br> Pick up clear sound of specified area in noisy or acoustically live environments. <br> 10 m × 10 m <br><br> < BACK TO PRODUCT CATEGORY <br> **WJ-NV300** DISCONTINUED <br> Key Features <br> H.264 and JPEG multi format <br> Up to 32 network cameras <br> Quick setup by automatic camera detection and simple setup wizard <br><br> https://business.panasonic.co.uk/security-solutions/products-and-accessories/video-surveillance/ip-security-systems-and-products/network-video-security-recorders/wj-nv300 <br><br> Key features: <br> • 9 network cameras can be connected and recorded as default (expandable up to 32*) <br> • H.264 and JPEG multi format <br> • Simple and quick setup in 4 steps by automatic camera detection and simple setup wizard without the use of a PC <br> • Double HDMI output @ 1080p <br> • Transcoding function for easy remote monitoring |

6

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,567,086 by Panasonic*

| Claim 1 | |
|---|---|
| an immersive video decoder coupled to the video decoder and configured to select the active video stream from the plurality of video streams; | https://www.ipcamstore.net/PANASONIC/IPC/WV-SMR10/WV-SMR10.pdf   https://www.security.us.panasonic.com/feature/ultra-360-cameras "Ultra High Resolution" |

7

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,567,086 by Panasonic*

| Claim 1 | | |
|---|---|---|
| an immersive video decoder coupled to the video decoder **and configured to select the active video stream from the plurality of video streams;** |    | https://www.security.us.panasonic.com/feature/ultra-360-cameras "Ultra High Resolution" <br><br> https://www.security.us.panasonic.com/feature/ultra-360-cameras "Multi-Stream Output" |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,567,086 by Panasonic*

| Claim 1 | |
|---|---|
| wherein each of the plurality of video streams includes environment data for recreating a viewable range of the environment the environment data for each video stream including first data that overlaps at least one other video stream | ftp://ftp.panasonic.com/videosurveillance/wvsfv481/wv-sfv481_specsheet.pdf <br><br> **Specifications** <br><br> | Camera | Image Sensor | 1/2 type MOS image sensor, Built-in primary color filter | <br> | | Effective Pixels | Approx. 12.4 megapixel | <br> | | Scanning Mode | Progressive | <br> | | Scanning Area | 5.54 mm(H) × 5.54mm (V) {7/32 inches (H) × 7/32 inches (V)} | <br> | | Minimum Illumination | Color : 0.3 lx (F1.9, Maximum shutter : Off (1/30 s), AGC : High) <br> Color : 0.02 lx (F1.9, Maximum shutter : max. 16/30 s, AGC : High) *1 <br> BW : 0.04 lx (F1.9, Maximum shutter : Off (1/30 s), AGC : High) <br> BW : 0.003 lx(F1.9, Maximum shutter : max. 16/30 s, AGC : High) *1 | <br> | | White Balance | AWC (2,000 - 10,000 K), ATW1 (2,700 - 6,000 K), ATW2 (2,000 - 6,000 K) | <br> | | Light Control Mode | Indoor scene (50 Hz / 60 Hz) / ELC | <br> | | Maximum shutter | max. 1/10000 s, max. 1/4000 s, max. 1/2000 s, max. 1/1000 s, max. 1/500 s, max. 1/250 s, max. 1/120 s, max. 1/100 s, max. 2/120 s, max. 2/100 s, max. 3/120 s, max. 3/100 s, max. 1/30 s, max. 2/30 s, max. 4/30 s, max. 6/30 s, max. 10/30 s, max. 16/30 s | <br> | | Wide dynamic range | On/Off | <br> | | Adaptive Black Stretch | On/Off (only when Wide Dynamic range : Off) | <br> | | AGC | On(High) / On(Mid) / On(Low) / Off | <br> | | Day & Night (ICR) | Off/On / Auto1(Normal) / Auto2(IR Light) / Auto3(SCC) | <br> | | Digital Noise Reduction | High / Low | <br> | | Video Motion Detection | On/Off, 4 areas available | <br> | | Number of the preset positions | 16 Preset can only be used when the image type is Quad PTZ or Single PTZ. | <br> | | Auto mode | Auto pan/ Preset sequence <br> Auto mode can only be used when the image type is Quad PTZ or Single PTZ. | <br> | | Self return | 10 s / 20 s / 30 s / 1 min / 2 min / 3 min / 5 min / 10 min / 20 min / 30 min / 60 min <br> Self return can only be used when the image type is Quad PTZ or Single PTZ. | <br> | | Privacy Zone | On/Off (up to 8 zones available) | <br><br> {Note: depicted *first data* applies to all video streams, while outside first data doesn't support video streams of "fisheye" or 180.} |

9

| Claim 1 | |
|---|---|
| and second data that does not overlap the at least one other video stream. | https://security.panasonic.com/products_technology/products/wv-smr10n3/   |