# Exhibit N

*Claim Chart re '287 Patent*

# US Patent 6,606,287 Versus Panasonic Video Cameras with Wireless/LAN Networking



1

1. A method for recording a media signal comprising:

generating one or more data items wherein said data items are associated with said media signal;

determining a maximum compression rate from said data items wherein recording said media signal compressed at said maximum compression rate does not result in an unacceptable loss of quality of said media signal;

compressing said media signal at said maximum rate into a compressed media signal; and

storing said compressed media signal, wherein said step of determining is performed at a client in a client/server architecture.

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,606,287 by Panasonic*

| Claim 1 | |
|---|---|
| A method for recording a media signal comprising: | https://na.panasonic.com/ns/266507_cx350_cat_en_pe4.pdf  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,606,287 by Panasonic*

| Claim 1 | |
|---|---|
| generating one or more data items wherein said data items are associated with said media signal; | https://na.panasonic.com/ns/266507_cx350_cat_en_pe4.pdf <br><br> **Recording Format** <br><br> | Recording Format | | | Pixels | Color Sampling | Bit Depth | Bit Rate | File Format | VFR*2 | Audio |
|---|---|---|---|---|---|---|---|---|---|
| MOV (HEVC) | | HEVC LongGOP 200M | 3840 x 2160 | 4:2:0 | 10 bit | 200 Mbps (VBR) | 59.94p, 50p | 1 to 60 fps [50 fps] (Max. 200 Mbps) | 24 bit LPCM |
| | | HEVC LongGOP 150M | 3840 x 2160 | 4:2:0 | 10 bit | 150 Mbps (VBR) | 29.97p, 25p, 23.98p | | |
| | | HEVC LongGOP 100M* | 3840 x 2160 | 4:2:0 | 10 bit | 100 Mbps (VBR) | 59.94p, 50p | | |
| | UHD | 422ALL-I 400M | 3840 x 2160 | 4:2:2 | 10 bit | 400 Mbps (VBR) | 29.97p, 25p, 23.98p | 1 to 30 fps [25 fps] | |
| | | 422LongGOP 150M | 3840 x 2160 | 4:2:2 | 10 bit | 150 Mbps (VBR) | 29.97p, 25p, 23.98p | 1 to 30 fps [25 fps] | |
| | | 420LongGOP 150M | 3840 x 2160 | 4:2:0 | 8 bit | 150 Mbps (VBR) | 59.94p, 50p | 1 to 60 fps [50 fps] (Max. 150 Mbps) | |
| | | 420LongGOP 100M | 3840 x 2160 | 4:2:0 | 8 bit | 100 Mbps (VBR) | 29.97p, 25p, 23.98p | | |
| MOV (AVC) | | 422ALL-I 200M | 1920 x 1080 | 4:2:2 | 10 bit | 200 Mbps (VBR) | 59.94p, 50p | 1 to 60 fps [50 fps] Super Slow: 120 fps [100 fps] (Max. 400 Mbps) | |
| | | 422ALL-I 100M | 1920 x 1080 | 4:2:2 | 10 bit | 100 Mbps (VBR) | 29.97p, 25p, 23.98p, 59.94i, 50i | | |
| | FHD | 422LongGOP 100M | 1920 x 1080 | 4:2:2 | 10 bit | 100 Mbps (VBR) | 59.94p, 50p | 1 to 60 fps [50 fps] Super Slow: 120 fps [100 fps] (Max. 200 Mbps) | |
| | | 422LongGOP 50M | 1920 x 1080 | 4:2:2 | 10 bit | 50 Mbps (VBR) | 29.97p, 25p, 23.98p, 59.94i, 50i | | |
| AVCHD | | PS | 1920 x 1080 | 4:2:0 | 8 bit | 25 Mbps (VBR) | 59.94p, 50p | — | Dolby Audio |
| | | PH | 1920 x 1080 | 4:2:0 | 8 bit | 21 Mbps (VBR) | 23.98p, 59.94i, 50i | — | |
| | | HA | 1920 x 1080 | 4:2:0 | 8 bit | 17 Mbps (VBR) | 59.94i, 50i | — | |
| | HD | PM | 1280 x 720 | 4:2:0 | 8 bit | 8 Mbps (VBR) | 59.94p, 50p | — | |
| | SD | SA | 720 x 480 (59.94i) 720 x 576 (50i) | 4:2:0 | 8 bit | 9 Mbps (VBR) | 59.94i, 50i | — | |

4

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,606,287 by Panasonic*

| Claim 1 | |
|---|---|
| determining a maximum compression rate from said data items | https://na.panasonic.com/ns/266507_cx350_cat_en_pe4.pdf <br><br> **Recording Format** <br><br> | Recording Format | | Pixels | Color Sampling | Bit Depth | Bit Rate | File Format | VFR*2 | Audio | <br> |---|---|---|---|---|---|---|---|---| <br> | MOV (HEVC) | HEVC LongGOP 200M | 3840 x 2160 | 4:2:0 | 10 bit | 200 Mbps (VBR) | 59.94p, 50p | 1 to 60 fps [50 fps] (Max. 200 Mbps) | | <br> | | HEVC LongGOP 150M | 3840 x 2160 | 4:2:0 | 10 bit | 150 Mbps (VBR) | 29.97p, 25p, 23.98p | | | <br> | | HEVC LongGOP 100M*1 | 3840 x 2160 | 4:2:0 | 10 bit | 100 Mbps (VBR) | 59.94p, 50p | | | <br> | UHD | 422ALL-I 400M | 3840 x 2160 | 4:2:2 | 10 bit | 400 Mbps (VBR) | 29.97p, 25p, 23.98p | 1 to 30 fps [25 fps] | 24 bit LPCM | <br> | | 422LongGOP 150M | 3840 x 2160 | 4:2:2 | 10 bit | 150 Mbps (VBR) | 29.97p, 25p, 23.98p | 1 to 30 fps [25 fps] | | <br> | | 420LongGOP 150M | 3840 x 2160 | 4:2:0 | 8 bit | 150 Mbps (VBR) | 59.94p, 50p | 1 to 60 fps [50 fps] (Max. 150 Mbps) | | <br> | | 420LongGOP 100M | 3840 x 2160 | 4:2:0 | 8 bit | 100 Mbps (VBR) | 29.97p, 25p, 23.98p | | | <br> | MOV (AVC) | 422ALL-I 200M | 1920 x 1080 | 4:2:2 | 10 bit | 200 Mbps (VBR) | 59.94p, 50p | 1 to 60 fps [50 fps] Super Slow: 120 fps [100 fps] (Max. 400 Mbps) | | <br> | | 422ALL-I 100M | 1920 x 1080 | 4:2:2 | 10 bit | 100 Mbps (VBR) | 29.97p, 25p, 23.98p, 59.94i, 50i | | | <br> | FHD | 422LongGOP 100M | 1920 x 1080 | 4:2:2 | 10 bit | 100 Mbps (VBR) | 59.94p, 50p | 1 to 60 fps [50 fps] Super Slow: 120 fps [100 fps] (Max. 200 Mbps) | | <br> | | 422LongGOP 50M | 1920 x 1080 | 4:2:2 | 10 bit | 50 Mbps (VBR) | 29.97p, 25p, 23.98p, 59.94i, 50i | | | <br> | AVCHD | PS | 1920 x 1080 | 4:2:0 | 8 bit | 25 Mbps (VBR) | 59.94p, 50p | — | Dolby Audio | <br> | | PH | 1920 x 1080 | 4:2:0 | 8 bit | 21 Mbps (VBR) | 23.98p, 59.94i, 50i | — | | <br> | | HA | 1920 x 1080 | 4:2:0 | 8 bit | 17 Mbps (VBR) | 59.94i, 50i | — | | <br> | HD | PM | 1280 x 720 | 4:2:0 | 8 bit | 8 Mbps (VBR) | 59.94p, 50p | — | | <br> | SD | SA | 720 x 480 (59.94i) / 720 x 576 (50i) | 4:2:0 | 8 bit | 9 Mbps (VBR) | 59.94i, 50i | — | | <br><br> *{Note: For Panasonic Cameras, HEVC is the maximum compression rate, since other supported codecs, such as H.264/"AVC" as shown, result in larger bit rates for the same data items shown. The determining step is based on user input to select the recording format via user interface.}* |

| Claim 1 | |
|---|---|
| wherein recording said media signal compressed at said maximum compression rate does not result in an unacceptable loss of quality of said media signal; | https://teradek.com/blogs/articles/3-reasons-why-hevc-x265-matters-and-how-you-can-start-using-it-now  HEVC is the next generation compression standard that offers a number of enhancements over AVC. HEVC compression is 50% more efficient than AVC, which translates into maintaining the same video quality at half the bitrate **or** double the video quality at the same bitrate. The figure above represents the resolution:bitrate ratio of different output qualities. In all categories, bandwidth costs are significantly reduced while resolutions remain identical. |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,606,287 by Panasonic*

| Claim 1 | |
|---|---|
| wherein recording said media signal compressed at said maximum compression rate does not result in an unacceptable loss of quality of said media signal; | https://pro-av.panasonic.net/en/products/ag-cx350/<br><br>**FEATURES**<br><br>**› High Image Quality**<br>• Wide-Angle 24.5 mm Optical 20x Zoom, Plus i.Zoom<br>• New High-Definition, High-Sensitivity 1.0-type 15M MOS Sensor<br>• Built-in 5-Axis Hybrid Image Stabilizer<br>• HDR-Compliant V-Log/HLG (Hybrid Log-Gamma)<br>• Intelligent AF and Focus Assist<br>• Manual Three Rings<br>• Cabled/Wireless Remote Control Capability<br><br>**› Multi-Format/Multi-Codec Recording**<br>• New HEVC Codec for High-Image-Quality 10-bit UHD/60p Recording at Low Bit Rate<br>• 10-bit Variable Frame Rate (VFR) without Cropping<br>• MOV/AVCHD/P2 MXF File Formats Supported<br>• Freeze Frame (Still Image Capture)<br>• Double Memory Card Slots Improve Recording Reliability |

7

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,606,287 by Panasonic*

| Claim 1 | | |
|---|---|---|
| compressing said media signal at said maximum rate into a compressed media signal; and | **New HEVC Codec for High-Image-Quality 10-bit UHD/60p Recording at Low Bit Rate**<br>The AG-CX350 is capable of recording in various formats at different compression rates (see the table below). It can record UHD/60p videos in high-image-quality 10-bit on an SD memory card. It also features a new, high-efficiency HEVC codec (LongGOP, 10-bit, 4:2:0, MOV). When a PC with 7th Generation Intel Core i7 processor is used, the hardware acceleration enables native decoding and playback. Free software, such as VLC Media Player or QuickTime Player, provides smooth playback on a notebook PC or MacBook with Intel Core i7 processor.*<br><br>* Playback may lack smoothness depending on the PC environment, such as storage and memory devices.<br><br>**MOV/AVCHD/P2 MXF* File Formats Supported**<br>The AG-CX350 records MOV files that are highly compatible and easy to use. This file format is the same as that used on Panasonic's compact cinema camera, the AU-EVA1, and supports file names with up to 20 characters, allowing recorded video clips to be easily managed. The AG-CX350 also supports conventional AVCHD recording, including the AVCHD 8 Mb/s mode, used widely as the format in college and professional football coaching analysis. And it will support the MXF P2 file format for broadcasting, enabling AVC-Intra or AVC-LongG recording.*<br><br>* To be supported within 2019. AVC-Intra200/100/50 codec will be supported in the future. Use a microP2 card for recording in P2 format. | https://na.panasonic.com/ns/266507_cx350_cat_en_pe4.pdf |

8

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,606,287 by Panasonic*

| Claim 1 | |
|---|---|
| storing said compressed media signal, | https://na.panasonic.com/ns/266507_cx350_cat_en_pe4.pdf  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,606,287 by Panasonic*

| Claim 1 | |
|---|---|
| wherein said step of determining is performed at a client in a client/server architecture. | https://pro-av.panasonic.net/manual/html/AG-CX350P.PJ.EN.ED.AN.PX(DVQP1830ZA)_E/chapter04_04_08.htm<br><br>**[REC FORMAT]**<br>Sets the signal format and codec mode for recording.<br>• When [FREQUENCY] is [50.00Hz] and [FILE FORMAT] is [MOV]<br>The items that can be set are as follows.<br>- [2160-50.00p/420LongGOP 150M], [2160-50.00p/HEVC LongGOP 200M], [2160-25.00p/420LongGOP 100M], [2160-25.00p/HEVC LongGOP 150M], [2160-25.00p/422LongGOP 150M], [2160-25.00p/422ALL-I 400M], [1080-50.00p/422LongGOP 100M], [1080-50.00p/422ALL-I 200M], [1080-50.00i/422LongGOP 50M], [1080-50.00i/422ALL-I 100M], [1080-25.00p/422LongGOP 50M], [1080-25.00p/422ALL-I 100M]<br>(Factory setting: [1080-50.00i/422ALL-I 100M])<br>• When [FREQUENCY] is [50.00Hz] and [FILE FORMAT] is [AVCHD]<br>The items that can be set are as follows.<br>- [1080-50.00p/AVCHD PS], [1080-50.00i/AVCHD PH], [1080-50.00i/AVCHD HA], [720-50.00p/AVCHD PM], [576-50.00i/AVCHD SA]<br>(Factory setting: [1080-50.00i/AVCHD PH])<br>• When [FREQUENCY] is [59.94Hz] and [FILE FORMAT] is [MOV]<br>The items that can be set are as follows.<br>- [2160-59.94p/420LongGOP 150M], [2160-59.94p/HEVC LongGOP 200M], [2160-29.97p/420LongGOP 100M], [2160-29.97p/HEVC LongGOP 150M], [2160-29.97p/422LongGOP 150M], [2160-29.97p/422ALL-I 400M], [2160-23.98p/420LongGOP 100M], [2160-23.98p/HEVC LongGOP 150M], [2160-23.98p/422LongGOP 150M], [2160-23.98p/422ALL-I 400M], [1080-59.94p/422LongGOP 100M], [1080-59.94p/422ALL-I 200M], [1080-59.94i/422LongGOP 50M], [1080-59.94i/422ALL-I 100M], [1080-29.97p/422LongGOP 50M], [1080-29.97p/422ALL-I 100M], [1080-23.98p/422LongGOP 50M], [1080-23.98p/422ALL-I 100M]<br>(Factory setting: [1080-59.94i/422ALL-I 100M])<br>• When [FREQUENCY] is [59.94Hz] and [FILE FORMAT] is [AVCHD]<br>The items that can be set are as follows.<br>- [1080-59.94p/AVCHD PS], [1080-59.94i/AVCHD PH], [1080-59.94i/AVCHD HA], [1080-23.98p/AVCHD PH], [720-59.94p/AVCHD PM], [480-59.94i/AVCHD SA]<br>(Factory setting: [1080-59.94i/AVCHD PH]) |

10

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,606,287 by Panasonic*

| Claim 1 | |
|---|---|
| wherein said step of determining is performed at a client in a client/server architecture. | https://na.panasonic.com/ns/266507_cx350_cat_en_pe4.pdf  |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,606,287 by Panasonic*

| Claim 1 | |
|---|---|
| wherein said step of determining **is performed at a client** in a **client**/server architecture. | https://pro-av.panasonic.net/manual/html/AG-CX350P.PJ.EN.ED.AN.PX(DVQP1830ZA)_E/chapter09_03_02.htm <br><br> **Setting items in [LAN PROPERTY] when set to [LAN]** <br><br> <table><tr><td colspan="2">[MAC ADDRESS]</td><td>MAC address of the wired LAN (cannot be changed)</td></tr><tr><td rowspan="7">[IPv4 SETTING]</td><td>[DHCP]</td><td>Setting the DHCP function<br>● [OFF]: Does not use DHCP.<br>● **[CLIENT]: Acquires automatically with DHCP.**<br>● [SERVER]: Enables the DHCP server function of the camera.<br>(Factory setting: [OFF])</td></tr><tr><td>[IP ADDRESS]</td><td>IP address of the camera<br>(Factory setting: [192.168.0.1])</td></tr><tr><td>[SUBNET MASK]</td><td>Subnet mask<br>(Factory setting: [255.255.255.0])</td></tr><tr><td>[DEFAULT GATEWAY]</td><td>Default gateway<br>(Factory setting: [192.168.0.254])</td></tr><tr><td>[PRIMARY DNS]</td><td>Primary DNS server setting<br>(Factory setting: [0.0.0.0])</td></tr><tr><td>[SECONDARY DNS]</td><td>Secondary DNS server setting<br>(Factory setting: [0.0.0.0])</td></tr></table> <table><tr><td rowspan="2">[IPv6 SETTING]</td><td>[ENABLE/DISABLE]</td><td>IPv6 setting<br>● [ENABLE]: Uses IPv6.<br>● [DISABLE]: Does not use IPv6.<br>(Factory setting: [DISABLE])</td></tr><tr><td>[DHCP]</td><td>Setting the DHCP function<br>● [OFF]: Does not use DHCP.<br>● **[CLIENT]: Acquires automatically with DHCP.**<br>(Factory setting: [OFF])</td></tr></table> |

12