# Exhibit O

*Claim Chart re '250 Patent*

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Panasonic*

# US Patent 6,741,250 Versus Panasonic Ultra 360° Cameras





*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Panasonic*

1. A method of:

> recording a video stream comprising a plurality of frames, wherein said plurality of frames define a plurality of distorted images;

> designating a portion of said video stream to be a video segment; and

> specifying a view path through said video segment.

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Panasonic*

| Claim 1 | |
|---|---|
| A method of:<br><br>recording a video stream comprising a plurality of frames, wherein said plurality of frames define a plurality of distorted images | https://www.security.us.panasonic.com/feature/ultra-360-cameras "Edge Recording"<br><br>Features / Ultra high resolution / Ultra High Sensitivity / Heat Map Type Analytics / Bi-directional People Counting / Moving Object Removal / Ultra Toughness / Multi-stream Output / **Edge Recording**<br><br>**Edge Recording**<br>The cameras are equipped with an SDXC/SDHC/SD Memory card slot for manual recording (H.264 / JPEG), alarm recording (H.264 / JPEG) and backup upon network failure (JPEG).<br><br>C. The camera shall be capable of generating and transmitting images to meet the following specifications.<br><br>2M Panorama [16:9] /  H.264(1): 1920x1080 / 640x360 / 320x180, up to 30 fps<br>2M Double Panorama [16:9]: H.264(2): 640x360 / 320x180, up to 30 fps<br>JPEG: 1920x1080 / 640x360 / 320x180, up to 30 fps<br><br>https://www.security.us.panasonic.com/docs/wv-sf438_technical_spec sheet.pdf |

3

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Panasonic*

| Claim 1 | |
|---|---|
| A method of: recording a video stream comprising a plurality of frames, **wherein said plurality of frames define a plurality of distorted images** | https://www.security.us.panasonic.com/feature/ultra-360-cameras "Multi-Stream Output"<br><br>  |

4

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Panasonic*

| Claim 1 | |
|---|---|
| designating a portion of said video stream to be a video segment; and | https://www.security.us.panasonic.com/feature/ultra-360-cameras "Ultra High Resolution"  { Note: the video segment as shown can have additional details to the left, which are "cropped" in this specific example of a video segment, but can be used in the next slide"} |

5

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Panasonic*

| Claim 1 | |
|---|---|
| specifying a view path through said video segment. | ftp://ftp.panasonic.com/videosurveillance/wvsfn480/wv-sfn480_specsheet.pdf  { Note: the video segment is shown as selected on the previous slide, but with specified view path to the left cropped for that particular video segment. The "multiple levels of zooming" provides specifying a view path for "rendering objects and people's faces" as shown} |

6