# Exhibit P

*Claim Chart re '818 Patent*

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Panasonic*

## US Patent 6,744,818 Versus Panasonic Cameras with H.264/AVC



Home / Audio Video Solutions / Broadcast, Cinema & Pro Video / Camcorders / AG-CX10 4K Compact Handheld Camcorder

Live Chat    Contact us    Save Page    Share

# AG-CX10 4K Compact Handheld Camcorder  NEW

**AG-CX10**   $2,795 MSRP

CONTACT SALES

### PRODUCT DETAILS

The AG-CX10 is a powerful 4K/60p fixed lens camcorder, packaged in the industry's smallest and lightest body. With a 25mm wide-angle lens and 24x optical zoom, the AG-CX10 camcorder achieves high-spec optical performance, including high-precision Auto Focus. The CX10 offers a variety of professional camera features, including two manual rings, ND filters, a built-in LED video light, 5-axis optical image stabilization, dual SD cards slots, internal 4:2:2 10-bit recording and more. Additionally, the CX10 offers advanced connectivity options, with built-in Wi-Fi support, the ability to livestream directly to major platforms, and an available NDI|HX upgrade.



    

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Panasonic*

1. A video encoding system comprising:

a visual perception estimator adapted to estimate a perception threshold for a pixel of a current frame of a videostream;

an encoder adapted to encode said current frame;

a compression dependent threshold estimator adapted to estimate a compression dependent threshold for said pixel at least from said perception threshold and information from said encoder; and

a filter unit adapted to filter said pixel at least according to said compression dependent threshold.

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Panasonic*

| Claim 1 | |
|---|---|
| A video encoding system comprising: | https://na.panasonic.com/us/audio-video-solutions/broadcast-cinema-pro-video/camcorders/ag-cx10-4k-compact-handheld-camcorder<br><br>The Panasonic camera records H.264 video using the "High Profile":<br><br> |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Panasonic*

| Claim 1 | |
|---|---|
| **a visual perception estimator** adapted to estimate a perception threshold for a pixel of a current frame of a videostream; | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items   pg. 286<br><br>The "High Profile" includes the use of bit_depth_luma and bit_depth_chroma:<br><br>**A.2.4    High profile**<br><br>Bitstreams conforming to the High profile shall obey the following constraints:<br>–    Only I, P, and B slice types may be present.<br>–    NAL unit streams shall not contain nal_unit_type values in the range of 2 to 4, inclusive.<br>–    Arbitrary slice order is not allowed.<br>–    Picture parameter sets shall have num_slice_groups_minus1 equal to 0 only.<br>–    Picture parameter sets shall have redundant_pic_cnt_present_flag equal to 0 only.<br>–    Sequence parameter sets shall have chroma_format_idc in the range of 0 to 1 inclusive.<br>–    Sequence parameter sets shall have bit_depth_luma_minus8 equal to 0 only.<br>–    Sequence parameter sets shall have bit_depth_chroma_minus8 equal to 0 only. |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Panasonic*

| Claim 1 | |
|---|---|
| **a visual perception estimator** adapted to estimate a perception threshold for a pixel of a current frame of a videostream; | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items  pg. 40<br><br>The "High Profile" includes the use of bit_depth_luma and bit_depth_chroma, which are used for the visual perception estimator:<br><br>**7.3.2.1.1  Sequence parameter set data syntax** |



Within the syntax table:

| seq_parameter_set_data( ) { | C | Descriptor |
|---|---|---|
| profile_idc | 0 | u(8) |
| constraint_set0_flag | 0 | u(1) |
| constraint_set1_flag | 0 | u(1) |
| constraint_set2_flag | 0 | u(1) |
| constraint_set3_flag | 0 | u(1) |
| reserved_zero_4bits /* equal to 0 */ | 0 | u(4) |
| level_idc | 0 | u(8) |
| seq_parameter_set_id | 0 | ue(v) |
| if( profile_idc == 100 \|\| profile_idc == 110 \|\| profile_idc == 122 \|\| profile_idc == 244 \|\| profile_idc == 44 \|\| profile_idc == 83 \|\| profile_idc == 86 ) { | | |
| chroma_format_idc | 0 | ue(v) |
| if( chroma_format_idc == 3 ) | | |
| separate_colour_plane_flag | 0 | u(1) |
| bit_depth_luma_minus8 | 0 | ue(v) |
| bit_depth_chroma_minus8 | 0 | ue(v) |

{Note: "High Profile", and others}

5

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Panasonic*

| Claim 1 | |
|---|---|
| a visual perception estimator adapted to estimate a perception threshold for a pixel of a current frame of a videostream; | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items  pg. 201 - 202 <br><br> **8.7.2.2   Derivation process for the thresholds for each block edge** <br><br> Inputs to this process are: <br><br> – the input sample values $p_0$, $q_0$, $p_1$ and $q_1$ of a single set of samples across an edge that is to be filtered, <br><br> – the variables chromaEdgeFlag and bS, for the set of input samples, as specified in clause 8.7.2, <br><br> – the variables filterOffsetA, filterOffsetB, qP$_p$, and qP$_q$. <br><br> Outputs of this process are the variable filterSamplesFlag, which indicates whether the input samples are filtered, the value of indexA, and the values of the threshold variables $\alpha$ and $\beta$. <br><br> The variables $\alpha'$ and $\beta'$ depending on the values of indexA and indexB are specified in Table 8-16. Depending on chromaEdgeFlag, the corresponding threshold variables $\alpha$ and $\beta$ are derived as follows: <br><br> – If chromaEdgeFlag is equal to 0, <br><br> $\alpha = \alpha' * (1 << (BitDepth_Y - 8))$   (8-456) <br> $\beta = \beta' * (1 << (BitDepth_Y - 8))$   (8-457) <br><br> *{Note: The threshold values of alpha and beta are based on bit_depth parameters for both chromacity (symbolized by c) and luminance (symbolized by y), which is also shown on the next slide. }* <br><br> – Otherwise (chromaEdgeFlag is equal to 1), <br><br> $\alpha = \alpha' * (1 << (BitDepth_C - 8))$   (8-458) <br> $\beta = \beta' * (1 << (BitDepth_C - 8))$   (8-459) |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Panasonic*

| Claim 1 | |
|---|---|
| a visual perception estimator adapted to estimate a perception threshold for a pixel of a current frame of a videostream; | Pg. 202   https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items <br><br> − If chromaEdgeFlag is equal to 0, <br><br> $\alpha = \alpha' * (1 << ( BitDepth_Y - 8 ))$ <br> $\beta = \beta' * (1 << ( BitDepth_Y - 8 ))$ <br><br> − Otherwise (chromaEdgeFlag is equal to 1), <br><br> $\alpha = \alpha' * (1 << ( BitDepth_C - 8 ))$ <br> $\beta = \beta' * (1 << ( BitDepth_C - 8 ))$ <br><br> Pg. 67-68 <br><br> **bit_depth_luma_minus8** specifies the bit depth of the samples of the luma array and the value of the luma quantisation parameter range offset QpBdOffset_Y, as specified by <br><br> $BitDepth_Y = 8 + bit\_depth\_luma\_minus8$ (7-2) <br><br> $QpBdOffset_Y = 6 * bit\_depth\_luma\_minus8$ (7-3) <br><br> When bit_depth_luma_minus8 is not present, it shall be inferred to be equal to 0. bit_depth_luma_minus8 shall be in the range of 0 to 6, inclusive. <br><br> **bit_depth_chroma_minus8** specifies the bit depth of the samples of the chroma arrays and the value of the chroma quantisation parameter range offset QpBdOffset_C, as specified by <br><br> $BitDepth_C = 8 + bit\_depth\_chroma\_minus8$ (7-4) <br><br> $QpBdOffset_C = 6 * ( bit\_depth\_chroma\_minus8 + residual\_colour\_transform\_flag )$ (7-5) <br><br> When bit_depth_chroma_minus8 is not present, it shall be inferred to be equal to 0. bit_depth_chroma_minus8 shall be in the range of 0 to 6, inclusive. |

7

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Panasonic*

| Claim 1 | |
|---|---|
| an encoder adapted to encode said current frame; | http://www.fastvdo.com/spie04/spie04-h264OverviewPaper.pdf<br><br><br><br>**Fig. 1: High-level encoder architecture** |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Panasonic*

| Claim 1 |  |
|---|---|
| a compression dependent threshold estimator adapted to estimate a compression dependent threshold for said pixel at least from said perception threshold and information from said encoder; and | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items   pg. 201 - 202 <br><br> **8.7.2.2   Derivation process for the thresholds for each block edge** <br><br> Inputs to this process are: <br><br> – the input sample values $p_0$, $q_0$, $p_1$ and $q_1$ of a single set of samples across an edge that is to be filtered, <br> – the variables chromaEdgeFlag and bS, for the set of input samples, as specified in clause 8.7.2, <br> – the variables filterOffsetA, filterOffsetB, $qP_p$, and $qP_q$. <br><br> Outputs of this process are the variable filterSamplesFlag, which indicates whether the input samples are filtered, the value of indexA, and the values of the threshold variables $\alpha$ and $\beta$. <br><br> The variables $\alpha'$ and $\beta'$ depending on the values of indexA and indexB are specified in Table 8-16. Depending on chromaEdgeFlag, the corresponding threshold variables $\alpha$ and $\beta$ are derived as follows: <br><br> – If chromaEdgeFlag is equal to 0, <br><br> $\alpha = \alpha' * (1 << (BitDepth_Y - 8))$   (8-456) <br> $\beta = \beta' * (1 << (BitDepth_Y - 8))$   (8-457) <br><br> *{Note: Compression dependent threshold of alpha' and beta' are shown on next slide.}* <br><br> – Otherwise (chromaEdgeFlag is equal to 1), <br><br> $\alpha = \alpha' * (1 << (BitDepth_C - 8))$   (8-458) <br> $\beta = \beta' * (1 << (BitDepth_C - 8))$   (8-459) <br><br> *{Note: alpha and beta in "filterSamplesFlag" are generated by alpha' and beta', as shown above.}* <br><br> The variable filterSamplesFlag is derived by <br><br> filterSamplesFlag = ( bS != 0 && Abs( $p_0 - q_0$ ) < $\alpha$ && Abs( $p_1 - p_0$ ) < $\beta$ && Abs( $q_1 - q_0$ ) < $\beta$ )   (8-470) |

9

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Panasonic*

| Claim 1 | | |
|---|---|---|
| a compression dependent threshold estimator adapted to estimate a compression dependent threshold for said pixel at least from said perception threshold and information from said encoder; and | The variables α' and β' depending on the values of indexA and indexB are specified in Table 8-16. Depending on chromaEdgeFlag, the corresponding threshold variables α and β are derived as follows.<br><br>– If chromaEdgeFlag is equal to 0,<br><br>$\alpha = \alpha' * (1 << (BitDepth_Y - 8))$  (8-466)<br><br>$\beta = \beta' * (1 << (BitDepth_Y - 8))$  (8-467)<br><br>– Otherwise (chromaEdgeFlag is equal to 1),<br><br>$\alpha = \alpha' * (1 << (BitDepth_C - 8))$  (8-468)<br><br>$\beta = \beta' * (1 << (BitDepth_C - 8))$  (8-469)<br><br>The variable filterSamplesFlag is derived by<br><br>filterSamplesFlag = ( bS != 0  &&  Abs( p₀ – q₀ ) < α  &&  Abs( p₁ – p₀ ) < β  &&  Abs( q₁ – q₀ ) < β )  (8-470) | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items<br><br>Pg. 202 |

**Table 8-16 – Derivation of offset dependent threshold variables α' and β' from indexA and indexB**

| | indexA (for α') or indexB (for β') | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| α' | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 12 | 13 |
| β' | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 | 4 | 4 |

**Table 8-16 (concluded) – Derivation of indexA and indexB from offset dependent threshold variables α' and β'**

| | indexA (for α') or indexB (for β') | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 |
| α' | 15 | 17 | 20 | 22 | 25 | 28 | 32 | 36 | 40 | 45 | 50 | 56 | 63 | 71 | 80 | 90 | 101 | 113 | 127 | 144 | 162 | 182 | 203 | 226 | 255 | 255 |
| β' | 6 | 6 | 7 | 7 | 8 | 8 | 9 | 9 | 10 | 10 | 11 | 11 | 12 | 12 | 13 | 13 | 14 | 14 | 15 | 15 | 16 | 16 | 17 | 17 | 18 | 18 |

*{Note: The values of IndexA and IndexB from "0" to "51" are for the "QP" value or "quantization parameter", which specifies the level of compression. See next slide}*

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Panasonic*

| Claim 1 | |
|---|---|
| a compression dependent threshold estimator *adapted to estimate a compression dependent threshold* for said pixel at least from said perception threshold and information from said encoder; and |  |

**What is the Constant Rate Factor?**   https://slhck.info/video/2017/02/24/crf-guide.html

The Constant Rate Factor (CRF) is the default quality (and rate control) setting for the x264 and x265 encoders, and it's also available for libvpx. With x264 and x265, you can set the values between 0 and 51, where lower values would result in better quality, at the expense of higher file sizes. Higher values mean more compression, but at some point you will notice the quality degradation.

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items pg. 201

Let $qP_{av}$ be a variable specifying an average quantisation parameter. It is derived as follows.

$$qP_{av} = ( qP_p + qP_q + 1 ) >> 1 \qquad (8\text{-}463)$$

…

$$indexA = Clip3( 0, 51, qP_{av} + filterOffsetA ) \qquad (8\text{-}464)$$

**Table 8-16 – Derivation of offset dependent threshold variables α' and β' from indexA and indexB**

| indexA (for α') or indexB (for β') | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| α' 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 12 | 13 |
| β' 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 | 4 | 4 |

**Table 8-16 (concluded) – Derivation of indexA and indexB from offset dependent threshold variables α' and β'**

| indexA (for α') or indexB (for β') | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 |
| α' 15 | 17 | 20 | 22 | 25 | 28 | 32 | 36 | 40 | 45 | 50 | 56 | 63 | 71 | 80 | 90 | 101 | 113 | 127 | 144 | 162 | 182 | 203 | 226 | 255 | 255 |
| β' 6 | 6 | 7 | 7 | 8 | 8 | 9 | 9 | 10 | 10 | 11 | 11 | 12 | 12 | 13 | 13 | 14 | 14 | 15 | 15 | 16 | 16 | 17 | 17 | 18 | 18 |

Pg. 202

*{Note:  The values "0" to "51" specify the level of compression. }*

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Panasonic*

| Claim 1 | |
|---|---|
| a filter unit adapted to filter said pixel at least according to said compression dependent threshold. | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items<br><br>*{Note: "filterSampleFlag" is compression dependent threshold estimator for compression dependent threshold of alpha' and beta', as shown on slide 11. }*<br><br>**G.8.7.4.2 SVC filtering process for a set of samples across a horizontal or vertical block edge ...**<br><br>Depending on the variable filterSamplesFlag, the following applies:       Pg. 498-499<br><br>   – If filterSamplesFlag is equal to 1, the following applies:<br><br>      – If bS is less than 4, the process specified in clause 8.7.2.3 is invoked with $p_i$ and $q_i$ ($i = 0..2$), chromaEdgeFlag, bS, $\beta$, and indexA given as input, and the output is assigned to $p'_i$ and $q'_i$ ($i = 0..2$).<br><br>      – Otherwise (bS is equal to 4), the process specified in clause 8.7.2.4 is invoked with $p_i$ and $q_i$ ($i = 0..3$), chromaEdgeFlag, $\alpha$, and $\beta$ given as input, and the output is assigned to $p'_i$ and $q'_i$ ($i = 0..2$).<br><br>   – Otherwise (filterSamplesFlag is equal to 0), the filtered result samples $p'_i$ and $q'_i$ ($i = 0..2$) are replaced by the corresponding input samples $p_i$ and $q_i$:<br><br>     for $i = 0..2$,       $p'_i = p_i$       (G-357)<br>     for $i = 0..2$,       $q'_i = q_i$       (G-358)<br><br>Pg. 202<br><br>The variable filterSamplesFlag is derived by<br><br>filterSamplesFlag = ( bS != 0 && Abs( $p_0 - q_0$ ) < $\alpha$ && Abs( $p_1 - p_0$ ) < $\beta$ && Abs( $q_1 - q_0$ ) < $\beta$ )   (8-470) |